```
 1  BENJAMIN B. WAGNER
    United States Attorney
 2  KIMBERLY A. SANCHEZ
    Assistant U.S. Attorney
 3  2500 Tulare Street, Suite 4401
    Fresno, CA 93721
 4  Telephone: (559)497-4000
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) CASE NO. 1:11-CR-00298 AWI |
|---|---|
| Plaintiff, | ) STIPULATION AND |
|  | ) ORDER FOR CONTINUANCE OF STATUS |
| v. | ) CONFERENCE |
| MARK NINO DE RIVERA, | ) |
| Defendant. | ) |

IT IS HEREBY STIPULATED by and between Benjamin B. Wagner, United States Attorney and Kimberly A. Sanchez, Assistant U.S. Attorney and Eddie Ruiz, attorney for Mark Anthony Nino De Rivera, that the status conference set for October 17, 2011 be continued to November 7, 2011 at 9:00 a.m. The parties need additional time for further investigation and to engage in plea negotiations. The case involves extensive discovery, including reports and recordings of over 40 witness/defendant interviews. Further investigation is also being pursued. The parties further request the Court to enter an Order finding that the "ends of justice" served by a continuance outweigh the interest of the public and the defendant in a speedy trial, and that the delay occasioned by such continuance is excluded

1

from the Act's time limits pursuant to 18 U.S.C. § 3161(h)(8)(A).

Dated: October 13, 2011          Respectfully submitted,

                                 BENJAMIN B. WAGNER
                                 United States Attorney

                            By   /s/ Kimberly A. Sanchez
                                 KIMBERLY A. SANCHEZ
                                 Assistant U.S. Attorney

Dated: October 13, 2011          /s/ Eddie Ruiz
                                 EDDIE RUIZ
                                 Attorney for Mark Nino de Rivera

ORDER

IT IS SO ORDERED.

Dated:    October 14, 2011       _____
                                 CHIEF UNITED STATES DISTRICT JUDGE