EDDIE RUIZ   #182202
LAW OFFICE OF EDDIE RUIZ
2341 EAST ASHLAN AVENUE
FRESNO, CALIFORNIA 93726
Tel: (559) 229-4900
Fax: (559) 229-4990

Attorney for Defendant: **MARK NINO DE RIVERA**

IN THE UNITED STATED DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | Case No. 1:11-CR-00298 AWI |
| Plaintiff, ) | STIPULATION AND ORDER TO SET CHANGE OF PLEA HEARING |
| vs. ) | |
| MARK NINO DE RIVERA, ) | |
| Defendant. ) | |

The defendant, Mark Nino De Rivera, by and through his undersigned counsel, and

The United State, by and through its undersigned counsel, stipulate to set a hearing on Monday

December 19, 2011, for purposes of change of plea.

I, Eddie Ruiz, the filing party, have received authorization from AUSA Kimberly Sanchez

to sign and submit this stipulation and proposed order.

Accordingly, the defendant and the United States agree that the change of plea hearing be set

for Monday December 19, 2011 at 9:00 a.m..

1  Dated: December 5, 2011				BENJAMIN B. WAGNER

						United States Attorney


						By: /S/ Kimberly Sanchez
						    Kimberly Sanchez
						    Assistant U.S. Attorney

Dated: December 5, 2011


						By: /S/ Eddie Ruiz
						    Eddie Ruiz
						    Counsel for Defendant
						    MARK NINO DE RIVERA

**<u>ORDER</u>**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

IT IS ORDERED THAT the change of plea hearing be set for Monday, December 19, 2011 at 9:00 a.m.

IT IS SO ORDERED.

Dated:   December 7, 2011                               _____
                                                        CHIEF UNITED STATES DISTRICT JUDGE