```
 1  EDDIE RUIZ    #182202
    LAW OFFICE OF EDDIE RUIZ
 2  2341 EAST ASHLAN AVENUE
    FRESNO, CALIFORNIA 93726
 3  Tel: (559) 229-4900
    Fax: (559) 229-4990
 4
    Attorney for Defendant: **MARK NINO DE RIVERA**
 5
```

IN THE UNITED STATED DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) Case No. 1:11-CR-00298 AWI |
|---|---|
| Plaintiff, | ) AMENDED STIPULATION AND ORDER TO SET SENTENCING HEARING |
| vs. | ) |
| MARK NINO DE RIVERA, | ) |
| Defendant. | ) |

The defendant, Mark Nino De Rivera, by and through his undersigned counsel, and The United State, by and through its undersigned counsel, stipulate to set a hearing on Monday, March 26, 2012, for purposes of sentencing. The current sentencing date is Monday, February 21, 2012.

I, Eddie Ruiz, the filing party, have received authorization from AUSA Kimberly Sanchez to sign and submit this stipulation and proposed order.

///

Accordingly, the defendant and the United States agree that the sentencing hearing be set for Monday, March 26, 2012 at 10:00 a.m..

Dated: February 9, 2012

BENJAMIN B. WAGNER
United States Attorney

By: /S/ Kimberly Sanchez
Kimberly Sanchez
Assistant U.S. Attorney

Dated: February 9, 2012

By: /S/ Eddie Ruiz
Eddie Ruiz
Counsel for Defendant
MARK NINO DE RIVERA

**ORDER**

The Court, having received, read, and considered the stipulation of the parties, and good cause appearing therefrom, adopts the stipulation of the parties in its entirety as its order.

IT IS ORDERED THAT the sentencing hearing be set for Monday, March 26, 2012 at 10:00 a.m.

IT IS SO ORDERED.

Dated: February 10, 2012

CHIEF UNITED STATES DISTRICT JUDGE